FLORAL PARK MUTUAL FUEL CO., INC., and JOHN LEWIS CHILDS, INC., Respondents, v. ANNIE E. FISKE, Defendant.  GEORGE MAURE and MARY MAURE, Appellants.— Motion to extend time granted only to afford appellants an opportunity to perfect appeal on condition that it be perfected and that appellants be ready for argument on Monday, May 9, 1927, for which day the cause is set down; otherwise, motion denied, with ten dollars costs.   Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

ELIA GINN, Respondent, v. EVERTON REALTY CORPORATION, Appellant. Motion for stay granted on condition that defendant within five days from entry of order herein give an undertaking with corporate surety in the sum of $5,000, to pay plaintiff such damages as plaintiff may suffer by reason of the alterations conducted by defendant; and upon the further condition that defendant, in doing the work, shall provide plaintiff reasonable access to the premises.   Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.   Settle order on notice before Mr. Justice Kapper.

In the Matter of the Application of the BROOKLYN BAR ASSOCIATION to Discipline an Attorney.   JOHN J. RIORDAN, Respondent.— Matter referred to an official referee for examination and report to this court on the facts.   Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

MAX KAPLOWITZ, Appellant, v. WEST END ESTATES, INC., Respondent.— Motion to restrain respondent from interfering with easements pending appeal denied.   Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

JEANNE KOROWITZ, Appellant, v. IRVING KOROWITZ, Respondent.— Motion to dispense with printing record on appeal denied.   Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

STEPHANIA KURSA and WILLIAM HORMAN, Administrators, etc., of MATWEY KURSA, Deceased, Respondents, v. OVERSEAS SHIPPING COMPANY, INC., Appellant.— Motion for reargument denied.   Motion for leave to appeal to the Court of Appeals denied.   Stay continued for thirty days to enable appellant to apply to the Court of Appeals.   Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAM SEROTA, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for Monday, May 9, 1927, for which day the case is set down, and be ready for argument when reached; otherwise, motion granted.   Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. " GEORGE " JENNINGS, Respondent.— Motion to vacate judgment, to dismiss appeal and for reargument denied.   Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.   Settle order on notice.